Union Indemnity Company, appellant, v. E. L. Cook, appellee.  Gen. No. 33,993.

Opinion filed February 24, 1930.
Burt A. Crowe, for appellant. Rathje, Wesemann, Hinckley & Barnard, for appellee; Francis E. Hinckley and William E. Fisher, of counsel.
Mr. Justice Matchett delivered the opinion of the court.